Case 1:22-cv-07623-PKC Document 1-6 Filed 09/07/22 Page 1 of 1



Kevin White



### Kevin White
Funding Executive at OnTrack Funding
New York City Metropolitan Area
7 connections

*Sign in to connect*

**OnTrack Funding**

## Experience

**Funding Executive**
OnTrack Funding

### View Kevin's full profile

- See who you know in common
- Get introduced
- Contact Kevin directly

**Sign in to view full profile**

## People also viewed