10:37

+1 (305) 707-2452

stuff to do and was going ASAP

Ok no problem

Thank u

Jun 23, 2021, 12:02 PM

Any update?

Any luck?

Yes it's good

Aug 10, 2021, 1:28 PM

Blane call me ASAP please urgent

Blane call me ASAP please urgent

What's up I'm in a meeting

2 payments bounced for lg my loan. Everything ok?

Yes it's good now I was waiting on some large payments