10:41

+1 (305) 707-2452

> Yes just the bank statements November December January

Just the front page or the whole statement

> Whole. Download if pdf from the bank

> I don't need statements

> Right now you owe 85k left on one of the loans

> I can bring it down to 70k and save you 15k off the balance

> How much extra cash would work for you?

$80K

> 80k on top of the 70k payoff

That would be nice but whatever you got

> I got you a sick offer