+1 (305) 707-2452

That would be nice but whatever you got

I got you a sick offer

145k paying off the 70k balance

What's the payback

Balance is really 85k but saved you 15k if you renew now

195k it was originally 207k but got it down 10% for you.

Remember every time you renew we will save you on interest so you won't be paying that all back

Can fund it within 10 min. Don't need anything from you

Ok I'm good with that what is the payment

3400. It's Gna pay off the old loan so it'll take over that payment.