# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blane E. Taylor Welding, Inc. and Blane E. Taylor    **Plaintiff,**  -v-  LG Funding LLC, Joseph Lerman, Ontrack Funding, LLC and John and Jane Doe Control Persons    **Defendant.** | Case No. 22-7623  **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Blane E. Taylor Welding, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates, or subsidiaries of said party that are publicly held.

**Date:** September 7, 2022

*/s/ Eric J. Benzenberg*
**Signature of Attorney**

**Attorney Bar Code:** 5574447

Form Rule7_1.pdf   SDNY Web 10/2007