UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BLANE E. TAYLOR WELDING, INC *et. al.*,            :
                                                   :   **Case No. 1:22-cv-07623**
                                                   :   ECF CASE
   *Plaintiffs*,                                   :
                                                   :
          v.                                       :   **NOTICE OF APPEARANCE**
                                                   :
LG FUNDING, LLC *et. al.*,                         :
                                                   :
   *Defendants*.                                   :
_____:

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter my appearance in the above-captioned matter as counsel for Defendant OnTrack Funding, LLC.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 3, 2022

                                         Respectfully submitted,

                                         VINK & GOLD PLLC

                                         By: *Elie B. Gold* (electronic signature)
                                                Elie B. Gold, Esq. (6088)
                                         200 Mamaroneck Ave., Suite 602
                                         White Plains, NY 10601
                                         (607) 342-1507
                                         ElieBrandonGold@gmail.com

                                         *Attorneys for Defendant OnTrack Funding, LLC*