

390 North Broadway – Ste. 140 | Jericho, New York 11753
MAIN TELEPHONE: (516) 455-1500 | FACSIMILE: (631) 498-0478

DALLAS | NEW YORK | NAPLES

November 7, 2022

*Via ECF*
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse, Courtroom 11D
500 Pearl Street
New York, NY 10007

Re:     *Blane E. Taylor Welding, Inc. et al v. LG Funding, LLC et al.*
        Case 1:22-cv-07623-PKC

Dear Judge Castel:

We are attorneys for Plaintiffs Blane E. Taylor Welding, Inc. and Blane E. Taylor in the above-referenced matter.  We write this letter with counsel for defendant OnTrack Funding LLC to respectfully request an adjournment of the initial pre-trial conference scheduled for later this morning so the parties could confer on the joint letter and proposed civil case management plan and scheduling order.

We thank the Court for its attention in this matter.

Respectfully submitted,

**THE BASILE LAW FIRM P.C.**                    **VINK & GOLD LAW PLLC**

By: */s/ Eric J. Benzenberg*                     By: */s/ Elie B. Gold*
ERIC J. BENZENBERG, ESQ.                         ELIE B. GOLD, ESQ.
390 N. Broadway                                  200 Mamaroneck Ave.
Suite 140                                        Suite 602
Jericho, NY 11753                                White Plains, NY 10601

*Attorneys for Plaintiffs Blane E. Taylor*       *Attorneys for Defendant OnTrack Funding*
*Welding, Inc. and Blane E. Taylor*              *LLC*