AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BLANE E. TAYLOR WELDING, INC., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:22-cv-07623-PKC |
| LG FUNDING LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LG Funding LLC and Joseph Lerman            .

Date:    11/18/2022                                         /s/ Gene W. Rosen
                                                             *Attorney's signature*

                                                             Gene W. Rosen GR6825
                                                             *Printed name and bar number*

                                                             200 Garden City Plaza, Suite 405
                                                             Garden City, New York 11530
                                                             *Address*

                                                             Gene@GeneRosen.com
                                                             *E-mail address*

                                                             (212) 529-3600
                                                             *Telephone number*

                                                             (347) 578-8793
                                                             *FAX number*