UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BLANE E. TAYLOR WELDING, INC. and,      Case No. 2:22-cv-03524-GRB-JMW
BLANE E. TAYLOR,

        Plaintiffs,

- against -

LG FUNDING LLC,
JOSEPH LERMAN,
ONTRACK FUNDING, LLC, and
JOHN AND JANE DOE CONTROL PERSONS,

        Defendants.
-----------------------------------------------------------X

### DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1

    No Defendant has a parent corporation or a publicly held corporation owning 10% or more of its stock.

Dated: Garden City, New York
       November 18, 2022

                  GENE ROSEN'S LAW FIRM
                  A PROFESSIONAL CORPORATION
                  Attorneys for Defendants
                    LG Funding LLC and Joseph Lerman

                  By: /s/ *Gene W. Rosen*
                    Gene W. Rosen, Esq.
                    200 Garden City Plaza, Suite 405
                    Garden City, New York 11530
                    Tel (212) 529-3600 Ext. 101
                    Fax (347) 578-8793
                    Gene@GeneRosen.com