UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BLANE E. TAYLOR WELDING, INC. and,  Case No. 22-cv-07623-PKC
BLANE E. TAYLOR,

        Plaintiffs,

- against -

LG FUNDING LLC,
JOSEPH LERMAN,
ONTRACK FUNDING, LLC, and
JOHN AND JANE DOE CONTROL PERSONS,

        Defendants.
-----------------------------------------------------------X

### STIPULATION *and ORDER* TO STAY ACTION PENDING ARBITRATION

It is hereby stipulated and agreed to by and between the undersigned that the parties to this action will proceed to arbitration to be administered by Arbitration Services, Inc. Defendants will file a demand for arbitration on or before December 30, 2022. Plaintiffs agree to accept service of the demand for arbitration by e-mail to their attorneys. This action is stayed pending the ~~ultimate outcome of the arbitration and for 30 days thereafter.~~ *issuance of a final arbitral award and for 14 days thereafter.*

SIGNATURES TO FOLLOW ON NEXT PAGE

Dated: Garden City, New York
November 28, 2022

THE BASILE LAW FIRM P.C.
Attorneys for Plaintiffs

By: /s/ *Eric J. Benzenberg*
    Eric J. Benzenberg, Esq.
    390 N. Broadway, Ste 140
    Jericho, New York 11753
    Tel (516) 455-1500
    Fax (631) 498-0748
    eric@thebasilelawfirm.com


GENE ROSEN'S LAW FIRM
A PROFESSIONAL CORPORATION
Attorneys for Defendants LG Funding LLC and Joseph Lerman


By: /s/ *Gene W. Rosen*
    Gene W. Rosen, Esq.
    200 Garden City Plaza, Suite 405
    Garden City, New York 11530
    Tel (212) 529-3600 Ext. 101
    Fax (347) 578-8793
    Gene@GeneRosen.com


VINK & GOLD PLLC
Attorneys for Defendant Ontrack Funding, LLC

By: /s/ *Elie B. Gold*
    Elie B. Gold, Esq.
    200 Mamaroneck Ave., Suite 602
    White Plains, New York 10601
    (607) 342-1507
    ElieBrandonGold@gmail.com

*[Handwritten note by Judge:]* Letter motion (Doc 13) is terminated as moot. The parties shall report to the Court as to the status of the arbitration as of June 30, 2023 by July 7, 2023. SO ORDERED. /s/ USDJ 11-28-22