**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BLAINE E. TAYLOR WELDING, INC. and
BLAINE E TAYLOR,

                        Plaintiffs,

      -against-                                        22 **CIVIL 7623** (PKC)

                                                            **JUDGMENT**

LG FUNDING, LLC, JOSEPH LERMAN,
ONTRACK FUNDING, LLC and JOHN AND
JANE DOE CONTROL PERSONS,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 26, 2024, the Court dismisses plaintiffs' claims without prejudice for failure to prosecute. Judgment is hereby entered for the defendants and this case is closed.

**Dated:**  New York, New York

     April 29, 2024

                                                               **RUBY J. KRAJICK**
                                                                  Clerk of Court

                                **BY:**

                                                                   **Deputy Clerk**